# United States District Court
# District of Connecticut

| | | |
|---|---|---|
| Souza<br>*Plaintiff* | : : : : : | |
| v. | : : | Case No. 3:02cv1067 |
| Boehringer Ingelheim Pharmaceuticals, Inc.<br>*Defendant* | : : : | |

**ORDER OF REFERRAL TO MAGISTRATE JUDGE**

This case is referred to Magistrate Judge William I. Garfinkel for the following purposes:

____ All purposes except trial, unless the parties consent to trial before the magistrate judge (orefcs.)

____ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv.)

____ To supervise discovery and resolve discovery disputes (orefmisc./dscv.)

____ A ruling on the following motions which are currently pending: (orefm.)
Doc#

**✖** A settlement conference (orefmisc./cnf.)

____ A conference to discuss the following: (orefmisc./cnf.)

____ Other: (orefmisc./misc)


SO ORDERED this   12th   day of   December  ,   2003   at New Haven, Connecticut.


　　　　　　　　　　　　/s/　　　　　　　　　　　Mark R. Kravitz　　　　　　　
　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE