HONORABLE **Wm. Garfinkel** (CT/o/mhrg) (October 17, 2001)
DEPUTY CLERK **Colandrea**   RPTR/ERO/TAPE _____

TOTAL TIME: ___ hours **15** minutes

DATE **2/12/04**   START TIME **3:10 pm**   END TIME **3:25**
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

**Souza**   CIVIL NO. **3:02CV1067(MRK)**   **Eugene Axelrod**
§
§                                      Plaintiffs Counsel
vs.                    §   ☐ SEE ATTACHED CALENDAR FOR COUNSEL
§                       **Daniel Kelly**
**Ingelheim**          §                      Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☐ (mhrgh) Motion Hearing          ☐ (confmhrg.) Confirmation Hearing    ☐ (showhrg.) Show Cause Hearing
☐ (contmphrg.) Contempt Hearing   ☐ (evidhrg.) Evidentiary Hearing      ☐ (jgmdbexam.) Judgment Debtor Exam
☐ (pchrg.) Probable Cause Hearing ☐ (fairhrg.) Fairness Hearing         ☑ (stlmthrg.) Settlement Hearing
☐ (mischrg.) Miscellaneous Hearing

MOTION DOCUMENT NO.

| | | | | |
|---|---|---|---|---|
| ☐ ..#.. | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ..#.. | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ..#.. | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ..#.. | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ..#.. | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ..#.. | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ..#.. | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☑ Def | Oral Motion **to seal record re confidentiality of** | ☑ granted | ☐ denied | ☐ advisement |
| ☐ | ~~Oral Motion~~ **settlement** | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | Oral Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | Oral Motion _____ | ☐ granted | ☐ denied | ☐ advisement |

☐ Brief(s) due _____   ☐ Proposed Findings due _____   Response due _____

☑ **Settlement placed on record**                           ☐ filed ☐ docketed
☑ **Stipulation of dismissal to be sent to the Court**      ☐ filed ☐ docketed
   **within 60 days.**                                       ☐ filed ☐ docketed
_____                     ☐ filed ☐ docketed
_____                     ☐ filed ☐ docketed
_____                     ☐ filed ☐ docketed
_____                     ☐ filed ☐ docketed
_____                     ☐ filed ☐ docketed
_____                     ☐ filed ☐ docketed
_____                     ☐ filed ☐ docketed

_____ Hearing continued until _____ at _____