UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Settlement Conference Calendar

Honorable William I. Garfinkel, U.S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport
Chambers Room #429

February 12, 2004

10:00 a.m.

*Held 4 1/2 hours*

---

CASE NO. **3:02cv1067 (MRK)**    Lori Souza vs. Boehringer Ingelheim Pharmaceuticals, Inc.

Eugene N. Axelrod
Employment Law Group
8 Lunar Dr.
Woodbridge, CT 06525


David A. Kulle
Robinson & Cole
280 Trumbull St.
Hartford, CT 06103-3597


Erin O'Brien Choquette
Robinson & Cole
280 Trumbull St.
Hartford, CT 06103-3597


BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK