UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Lori Souza

V.                                Case Number:  3:02cv1067 MRK

Boehringer Ingelheim
Pharmaceuticals, Inc.

NOTICE TO COUNSEL
-------------------

The above-entitled case was reported to the Court on <u>February 12, 2004</u> to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.  The parties were granted an additional thirty (30) days in which to file closing papers.

Accordingly, an order of dismissal will be entered on April 12, 2004 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at New Haven, Connecticut, February 17, 2004.

```
                     KEVIN F. ROWE, CLERK

                     By: /s/ Kenneth R. Ghilardi
                         Kenneth R. Ghilardi
                         Deputy Clerk
```