UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LORI SOUZA, | : | CIVIL ACTION NO. |
| | : | 3:02CV1067 (RNC) |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| BOEHRINGER INGELHEIM | : | |
| PHARMACETICUALS INC, | : | |
| | : | |
| Defendant. | : | February 27, 2004 |

### STIPULATION OF WITHDRAWAL AFTER SETTLEMENT WITH PREJUDICE

Plaintiff, Lori Souza by and through his attorney stipulates to the withdrawal of the above captioned action with prejudice and without costs to either party as a result of and part of the settlement of this matter.

**THE PLAINTIFF:**                                           **THE DEFENDANT:**

By: _____                                   By: _____
Eugene N. Axelrod, Esq.                                       David A. Kulle, Esq.
The Employment Law Group, LLC.                                Erin K. O'Brien, Esq.
8 Lunar Drive                                                 Robinson & Cole LLP
Woodbridge, CT 06525                                          280 Trumbull Street
203-389-6526                                                  Hartford, CT 06103
                                                              860-275-8200
Federal Bar No.: CT00309                                      Federal Bar No.: CT 18585

## **CERTIFICATION**

This is to certify that a copy of the foregoing was sent via first class U.S. mail, postage prepaid, on this 19th day of March 2004, to the following:

Eugene N. Axelrod, Esq.
The Employment Group LLC
8 Lunar Drive
Woodbridge, CT  06525

                                                Erin O'Brien Choquette