UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Lori Souza

V.                                Case Number: 3:02cv1067(MRK)

Boehringer Ingelheim
Pharmaceticals Inc.

**Stipulation for Dismissal of Case** Doc. # **47** -

**ORDERED ACCORDINGLY**

Dated at New Haven, Connecticut, March 23, 2004.

KEVIN F. ROWE, CLERK

By: _____
    Lori Inferrera
    Deput-in-Charge